IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **THOMAS GRAY and MARTHA GRAY,**<br><br>Plaintiffs,<br><br>vs.<br><br>**PFIZER, INC.,**<br><br>Defendant. | Case No. 5:06-cv-04120-SAC<br><br>**PENDING TRANSFER TO MDL 1699 (*IN RE BEXTRA & CELEBREX MARKETING, SALES PRACTICES & PRODS. LIAB. LITIG.*)** |

## ORDER

This matter comes before the court upon defendant's Motion to Stay Pending MDL Transfer (Doc. 8). While not specifically addressed in its motion, defense counsel notified the court via telephone on December 1, 2006, that its motion is unopposed. Upon reviewing defendant's motion the court finds that good cause exists that it be granted. Accordingly,

**IT IS THEREFORE ORDERED** that defendant's Motion to Stay Discovery Pending Transfer (Doc. 8) is hereby granted.

**IT IS FURTHER ORDERED** that all pretrial proceedings and deadlines, including the period for initial disclosures pursuant to Rule 26 of the Federal Rules of Civil Procedure and all other discovery and pretrial deadlines, are hereby stayed pending transfer of this case to MDL No. 1699 for coordinated and consolidated pretrial proceedings.

**IT IS SO ORDERED.**

Dated this 1st day of December, 2006 at Topeka, Kansas.

s/ K. Gary Sebelius
K. Gary Sebelius
U.S. Magistrate Judge